UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

EUGENE KENNETH JONES,           )
                                )
        Plaintiff,              )
                                )
    v.                          )   No. 1:13CV0007 SNLJ
                                )
GEORGE A. LOMBARDI, et al.,     )
                                )
        Defendants.             )

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration. The Court previously dismissed this action under 28 U.S.C. § 1915(g). Plaintiff contends that his previous dismissals were not strikes because they were actions for declaratory judgment. See Jones v. Joyce, 4:10CV0369 FRB (E.D. Mo.) (civil action proceeding under 28 U.S.C. § 1915(e) for declaratory judgment); Jones v. Joyce, 4:09CV1972 CEJ (E.D. Mo.) (same).

The instant motion is frivolous. Title 28 U.S.C. § 1915(g) applies to all civil actions, including actions seeking declaratory judgments. As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [ECF No. 8] is **DENIED**.

Dated this 28th day of January, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE